UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD MURDZIA,

                Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC,

                Defendant.

No. 2:18-CV-00755-RSL

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE A RESPONSE TO COMPLAINT**

This matter came before the Court on a stipulated motion filed by the parties requesting an extension of time to file a response to the Complaint. The Court has considered the pleading filed in support.

Based on the pleading submitted, it is

ORDERED, ADJUDGED and DECREED that the time to file a response to the Complaint is hereby extended to July 11, 2018.

DATED this 27th day of June, 2018.

_MMP S Lasnik_
Robert S. Lasnik
United States District Judge

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

TROUTMAN SANDERS, LLC

By: s/ Virginia B. Flynn
Virginia Bell Flynn, admitted *pro hac vice*
CSBA No. 79596
11682 El Camino Real, Suite 400
San Diego, California 92130
Telephone: 858.509.6056
Facsimile: 858.509.6040
virginia.flynn@troutman.com

LANE POWELL, PC

By: s/ Abraham K. Lorber
Abraham K. Lorber, WSBA No. 40668
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107
lorbera@lanepowell.com

*Attorneys for Defendant Ocwen Loan Servicing, LLC*

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO
FILE A RESPONSE TO COMPLAINT - 2
NO. 2:18-CV-00755-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

710019.0010/7324062.1