THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD MURDZIA,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

No. 2:18-cv-00755-RSL

**ORDER GRANTING JOINT MOTION TO STAY**

THIS CAUSE came before the Court on the Parties' Joint Motion to Stay Proceedings Pending Finalization of Settlement. Upon review of the Motion, it is hereby Ordered that the Joint Motion to Stay Proceedings Pending Finalization of Settlement is GRANTED. All proceedings and deadlines in this matter are hereby stayed. The parties shall submit a joint report to the Court concerning the status of the settlement process by October 22, 2018.

IT IS SO ORDERED.

Dated this 12th day of September, 2018.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO STAY - 1
NO. 2:18-CV-00755-RSL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

710019.0010/7421377.1

Presented by:

TROUTMAN SANDERS LLP

By: *s/ Virginia Bell Flynn*
 Virginia Bell Flynn, *pro hac vice*
 11682 El Camino Real
 Suite 400
 San Diego, California 92130
 Telephone: 858.509.6056
 Facsimile: 858.509.6040
 virginia.flynn@troutmansanders.com

LANE POWELL, PC

By: *s/ Abraham K. Lorber*
 Abraham K. Lorber, WSBA No. 40668
 1420 Fifth Avenue, Suite 4200
 P.O. Box 91302
 Seattle, WA 98111-9402
 Telephone: 206-223-7000
 Facsimile: 206-223-7107
 lorbera@lanepowell.com

*Attorneys for Defendant Ocwen Loan Servicing, LLC*

KAZEROUNI LAW GROUP

By: *s/ (via email authorization)*
 Abbas Kazerounian, WSBA No. 49422
 245 Fischer Ave., Suite D1
 Costa Mesa, CA 92626
 Telephone: 800-400-6808
 Facsimile: 800-520-5523
 ak@kazlg.com

*Attorney for Plaintiff*

ORDER GRANTING JOINT MOTION TO STAY - 2
NO. 2:18-CV-00755-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

710019.0010/7421377.1