Joshua B. Swigart, Esq. (CA SBN: 225557)
josh@westcoastlitigation.com
David McGlothlin, Esq. (CA SBN: 253265)
david@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian, Esq. (WA Bar No. 48522)
ak@kazlg.com
Ryan L. McBride, Esq. (WA Bar No. 50751)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave Ste D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff,*
Donald Murdzia

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Donald Murdzia,<br><br>                    Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>                    Defendant. | **Case No: 2:18-CV-00755-RSL**<br><br>**STIPULATED MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**NOTING DATE: 10/23/18** |

Plaintiff, DONALD MURDZIA ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiffs, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiffs and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiffs and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
7. The Parties agree that this Court shall retain jurisdiction over this matter to enforce the settlement agreement.

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated: October 23, 2018          **KAZEROUNI LAW GROUP, APC**

By: _/s/ Ryan L. McBride_
Ryan L. McBride, Esq.
Kazerouni Law Group, APC
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
*Attorneys For Plaintiff*

| | |
|---|---|
| Dated: October 23, 2018 | **TROUTMAN SANDERS, LLP** |
| | By: *s/ Virginia B. Flynn* |
| | Virginia B. Flynn |
| | TROUTMAN SANDERS, LLP |
| | 11682 EL CAMINO REAL |
| | SUITE 400 |
| | SAN DIEGO, CA 92130 |