**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| Donald Murdzia, | **Case No. C18-755RSL** |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss Entire Action, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party is to bear their own fees and costs.

IT IS SO ORDERED

Dated: October 24, 2018.

_MM S Lasnik_
Robert S. Lasnik
United States District Judge